ROTHNER, SEGALL & GREENSTONE
ELI NADURIS-WEISSMAN (CSB No. 254788)
email: enaduris-weissman@rsglabor.com
MARIA KEEGAN MYERS (CSB No. 268033)
email: mmyers@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

JS - 6

Attorneys for Defendant CHANGE TO WIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILMA FUENTES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHANGE TO WIN; GUADALUPE PALMA, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:16-cv-00076-JVS-KKx<br><br>Hon. James V. Selna<br><br>**JUDGMENT GRANTING DEFENDANT CHANGE TO WIN'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 21, 2017<br>Time: 8:30 a.m.<br>Courtroom: 10C |

The Motion of defendant Change to Win for Summary Judgment came on for hearing on February 21, 2017 at 8:30 a.m. before the Court in courtroom 10C, the Honorable James V. Selna presiding. Maria Keegan Myers appeared on behalf of Defendant Change to Win.

In accordance with the Court's minute order dated February 21, 2017 (Dkt. No. 38), and the Order Granting Summary Judgment (Dkt. No. 38-1):

/ / /

/ / /

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. That judgment is entered in favor of defendant Change to Win against plaintiff Dilma Fuentes on all causes of action.
2. That plaintiff Dilma Fuentes recover nothing against defendant Change to Win.
3. That defendant Change to Win recover against plaintiff Dilma Fuentes its costs in the amount of $_____.

DATED: March 9, 2017

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2